USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAFIA LAWAL, on behalf of herself
and all others similarly situated,

                    Plaintiff,

      -against-

BABY ON MAIN, INC.,

                    Defendant.
----------------------------------------------------------------X

23-CV-6324 (JMF) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     In light of the Notice of Voluntary Dismissal filed on September 26, 2023 (doc. no 10) the Initial Case Management Conference currently scheduled for **October 17, 2023** is hereby adjourned *sine die*.

                    **SO ORDERED.**

DATED:     New York, New York
              September 27, 2023

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge